**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| CHARLES AUGUSTUS PETERSON, SR. | ) | Chapter 7 |
| | ) | Case No. 17-10066 |
| *Debtor.* | ) | |
| _____ | ) | |
| EVAPCO, INC., a Maryland Corporation; | ) | |
| EVAPTECH, INC., a Maryland Corporation; | ) | |
| EVAPCO PRODUCTS, INC., a Maryland | ) | Adv. Pro. No. 17-02031 |
| Corporation; and | ) | |
| TOWER COMPONENTS, INC., a North | ) | |
| Carolina Corporation, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| vs. | ) | |
| | ) | |
| CHARLES AUGUSTUS PETERSON, SR. | ) | |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

**OBJECTION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES Charles Augustus Peterson, Sr. ("Mr. Peterson" or "Debtor") respectfully Objects to Plaintiffs' Motion for Partial Summary Judgment filed by Evapco, Inc., Evaptech, Inc., Evapco Products, Inc. and Tower Components, Inc. (collectively "Evapco" or "Plaintiffs"), for the reasons set forth in the attached Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment and exhibits thereto. Pursuant to the Consent Protective Order entered by this Court on April 5, 2018 [Doc. 18], the Memorandum in Opposition to Plaintiffs' Motion for Partial Summary Judgment and all exhibits thereto will be filed under seal.

This the 23rd day of July, 2018.

> */s/ Dirk W. Siegmund*
> Dirk W. Siegmund
> Attorney for Defendant
> N.C.S.B. #20796

I<small>VEY</small>, M<small>C</small>C<small>LELLAN</small>, G<small>ATTON</small> & S<small>IEGMUND</small>, LLP
P. O. Box 3324
Greensboro, NC  27402
Telephone:  336-274-4658
Facsimile:   336-274-4540


/s/ Charles M. Ivey, IV
Charles (Chuck) M. Ivey, IV
Attorneys for Defendant
NCSB #41338
I<small>VEY</small>, M<small>C</small>C<small>LELLAN</small>, G<small>ATTON</small> & S<small>IEGMUND</small>, LLP
P.O. Box 3324
Greensboro, NC 27402
Telephone: (336) 274-4658
Facsimile:  (336) 274-4540

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was served via the CM/ECF System when filed as applicable and/or by depositing the same in a post-paid wrapper, addressed to the following parties as shown below, in an official depository of the United States Postal Service, in the manner prescribed by law:

William P. Miller, Esq.  
Bankruptcy Administrator  
*VIA CM/ECF*

Gerald S. Schafer  
Chapter 7 Trustee  
*VIA CM/ECF*

Constance L. Young  
Womble Carlyle Sandridge & Rice, LLP  
301 S. College Street, Suite 3500  
Charlotte, NC 28202  
*VIA CM/ECF*

Joshua A. Glikin  
Bowie & JHensen, LLC  
210 W. Pennsylvania Avenue, Suite 400  
Towson, MD 21204  
*VIA CM/ECF*

Matthew G. Hjortsberg  
Bowie & Jensen, LLC  
210 W. Pennsylvania Avenue, Suite 400  
Towson, MD 21204  
*VIA CM/ECF*

This the 23rd day of July, 2018.

/s/ Dirk W. Siegmund  
Dirk W. Siegmund  
Attorney for Defendant  
N.C.S.B. #20796  
IVEY, MCCLELLAN, GATTON & SIEGMUND, LLP  
P. O. Box 3324  
Greensboro, NC 27402  
Telephone: 336-274-4658  
Facsimile: 336-274-4540

/s/ Charles M. Ivey, IV  
Charles (Chuck) M. Ivey, IV  
Attorneys for Defendant  
N.C.S.B. #41338  
IVEY, MCCLELLAN, GATTON & SIEGMUND, LLP  
P.O. Box 3324  
Greensboro, NC 27402  
Telephone: (336) 274-4658  
Facsimile: (336) 274-4540